MEMORANDUM **

A review of the record, appellant's opening brief, and appellant's response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

Manuel Alcala **FARIAS,** Plaintiff—Appellant,

v.

**SHERIFF'S AGENCY;** et al., Defendants—Appellees.

No. 08–16686.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 3, 2008.*

Filed Nov. 13, 2008.

Manuel Alcala Farias, Bakersfield, CA, pro se.

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

